SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK CHIWAI HO, | No. C 07-5392 JF |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; FRANCIS D. SICILIANO, District Director, U.S. Citizenship and Immigration Services, San Jose Field Office; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C 07-5392 JF                                       1

1  Each of the parties shall bear their own costs and fees.

2

3

4  Date: November 30, 2007                    Respectfully submitted,

5                                             SCOTT N. SCHOOLS
                                              United States Attorney
6

7
                                                     /s/
8                                             MELANIE L. PROCTOR
                                              Assistant United States Attorney
9                                             Attorneys for Defendants

10

11                                                   /s/
   Date: November 30, 2007                    JACK CHIWAI HO
12                                            *Pro se*

13

14
                            **ORDER**
15
        Pursuant to stipulation, IT IS SO ORDERED.
16

17
   Date:                                      _____
18                                            JEREMY FOGEL
                                              United States District Judge
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-5392 JF                          2