# CERTIFICATE OF SERVICE

### Ho v. Chertoff; et al.
### C 07-5392 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)**  Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Jack Ho, Pro Se
349 Curtner Avenue
Campbell, CA 95008

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2007 at San Francisco, California.

                 /s/
               MELANIE L. PROCTOR
               Assistant United States Attorney