1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730                    **E-filed 12/4/07**
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 JACK CHIWAI HO,                    )
                                      ) No. C 07-5392 JF
13              Plaintiff,            )
                                      )
14       v.                           ) **STIPULATION TO DISMISS AND
                                      ) [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;   )
16 EMILIO T. GONZALEZ, Director, U.S. )
   Citizenship and Immigration Services; )
17 FRANCIS D. SICILIANO, District Director, )
   U.S. Citizenship and Immigration Services, )
18 San Jose Field Office;             )
   ROBERT S. MUELLER, III, Director of the )
19 Federal Bureau of Investigation,   )
                                      )
20              Defendants.           )
                                      )
21

22      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25 prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such

26 application within 30 days of the dismissal of this action.

27 ///

28 ///

Stipulation to Dismiss
C 07-5392 JF                                    1

1 | Each of the parties shall bear their own costs and fees.

Date: November 30, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: November 30, 2007                    JACK CHIWAI HO
*Pro se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    12/4/07
                                                   _____
                                                   JEREMY FOGEL
                                                   United States District Judge

Stipulation to Dismiss
C 07-5392 JF                                       2