SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

**E-filed 12/4/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK CHIWAI HO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; FRANCIS D. SICILIANO, District Director, U.S. Citizenship and Immigration Services, San Jose Field Office; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Defendants. | No. C 07-5392 JF<br><br>**STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff’s application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

///

Each of the parties shall bear their own costs and fees.

Date: November 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: November 30, 2007

/s/
JACK CHIWAI HO
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/4/07

JEREMY FOGEL
United States District Judge